# EXHIBIT D

# USPS Tracking®

FAQs › (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

**Tracking Number:** 9414726699042080898671

Your item was delivered at 11:17 am on February 25, 2017 in HOPE VALLEY, RI 02832.

## ✓ Delivered

February 25, 2017 at 11:17 am
DELIVERED
HOPE VALLEY, RI 02832

---

## Tracking History

**February 25, 2017, 11:17 am**
Delivered
HOPE VALLEY, RI 02832
Your item was delivered at 11:17 am on February 25, 2017 in HOPE VALLEY, RI 02832.

**February 21, 2017, 4:26 pm**
Notice Left (No Authorized Recipient Available)
HOPE VALLEY, RI 02832

**February 21, 2017, 9:46 am**
Sorting Complete
HOPE VALLEY, RI 02832

**February 21, 2017, 9:45 am**
Arrived at Unit
HOPE VALLEY, RI 02832

**February 18, 2017, 11:38 pm**
Departed USPS Regional Facility
PROVIDENCE RI DISTRIBUTION CENTER

**February 18, 2017, 12:29 pm**
Arrived at USPS Regional Facility
PROVIDENCE RI DISTRIBUTION CENTER

**February 17, 2017, 11:24 pm**
Arrived at USPS Regional Facility
BOSTON MA DISTRIBUTION CENTER

**Product Information** ∨

See Less ∧

## Can't find what you're looking for?

Go to our **FAQs (http://faq.usps.com/?articleId=220900)** section to find answers to your tracking questions.