# EXHIBIT G

# PHH MORTGAGE

PHH Mortgage Services
P.O. Box 5452
Mt. Laurel, NJ 08054-5452

## Your monthly mortgage statement

To obtain information about your account:
Visit: www.MortgageQuestions.com
Call toll free: 1-800-449-8767
Fax: 1-856-917-8300



0000351 01 AB 0.400 **AUTO T2 2 2142 02832-230524 -C05-P00351-1 4   RE   PH1

NATALIE A CASCI
24 CEDARWOOD LN
HOPKINTON, RI 02832-2305

Loan number: 0039528831
Payment Due Date: 10/1/2017
**Amount Due: $169,391.58**
If payment is received after 10/16/2017, a $85.30 late fee will be charged.

**Statement Date: 9/18/2017**

### Account Information

| | |
|---|---|
| Property Address | 24 CEDARWOOD LANE HOPKINTON, RI 02832 |
| Outstanding Principal Balance (not payoff amount) | $305,148.66 |
| Current Interest Rate | 2.0000% |
| Prepayment Penalty | No |
| Escrow Balance | $48,026.41- |
| Suspense Balance | $0.00 |

### Explanation of Amount Due

| | |
|---|---|
| Principal | $665.46 |
| Interest | $1,040.92 |
| Escrow (for Taxes and Insurance) | $700.08 |
| Optional Products/Other | $0.00 |
| Regular Monthly Payment | $2,406.46 |
| Total New Fees and Charges | $11.00 |
| Outstanding Unpaid Late Charges, Returned Item Charges, Shortages and Other Fees | $1,196.78 |
| Assessed Expenses | $2,227.39 |
| Past Due Payment(s) | $163,549.95 |
| Total Amount Due | $169,391.58 |

### Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $2,123.20 |
| Interest | $0.00 | $509.86 |
| Escrow (Taxes and Insurance) | $0.00 | $1,960.50 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |
| Total | $0.00 | $4,593.56 |

### Important Messages

You are currently due for the 5-1-2011 payment.

*Partial Payments: Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

### Transaction Activity

| Posted Date | Received/Credited Date | Description | Principal ($) | Interest ($) | Escrow ($) | Late Charges, Shortages & Fees ($) | Suspense & Other ($) | Total ($) |
|---|---|---|---|---|---|---|---|---|
| 09/15 | | Hazard Insurance NATIONWIDE | $0.00 | $0.00 | -$2,321.00 | $0.00 | $0.00 | $2,321.00 |
| 09/05 | | Auto PPTY Inspection Assessed | $0.00 | $0.00 | $0.00 | -$11.00 | $0.00 | $0.00 |

### Important Information

Please note your loan has been referred to an attorney to start foreclosure proceedings. Prior to remitting payment you MUST contact the attorney for the full reinstatement amount as the amount above may have changed. If you need information regarding the attorney assigned to your loan please contact customer service at 866-947-7729.

If you have been approved for a loss mitigation workout program, please refer to your agreement for payment details.

Tired of writing checks? Log into www.mortgagequestions.com and set up automatic payments!

---

This is an attempt to collect a debt. Any information obtained will be used for that purpose.

Page 1

## Payment Coupon

Complete this coupon, tear it off and return it with your check. Please write your loan number on your check and make it payable to PHH Mortgage Services.

| | |
|---|---|
| Payment Due Date | 10/1/2017 |
| Regular Monthly Payment | $2,406.46 |
| Total New Fees and Charges | $11.00 |
| Outstanding Unpaid Late Charges, Returned Item Charges, Shortages and Other Fees | $1,196.78 |
| Assessed Expenses | $2,227.39 |
| Past Due Payments | $163,549.95 |
| Total Amount Due | $169,391.58 |

Loan number: 0039528831
NATALIE A CASCI

PHH Mortgage Services
P O BOX 371458
PITTSBURGH, PA 15250-7458

If you're paying more than the amount due, please tell us where you want us to apply the extra amount. If we do not receive your instructions, we'll apply the extra amount first to unpaid late charges and then to principal.

| | |
|---|---|
| Extra principal | $ |
| Extra escrow | $ |
| Unpaid late charges | $ |
| Other (specify) | $ |
| Total check enclosed | $ |

99 954 0039528831 0000249176 0000240646 8



PHH Mortgage Services
P.O. Box 5452
Mt. Laurel, NJ 08054-5452



To obtain information about your account:
Visit: www.MortgageQuestions.com
Call toll free: 1-800-449-8767
Fax: 1-856-917-8300
Loan number: 0039528831

NATALIE A CASCI

## ** Delinquency Notice **

**You are late on your mortgage payments.** Failure to bring your loan current may result in fees and foreclosure — the loss of your home. Your loan became delinquent 5/1/2011. As of 09/18, you are 2332 days delinquent on your mortgage loan.

*Recent Account History*
- Payment due on 04/01/17:   Unpaid balance of $2,406.46
- Payment due on 05/01/17:   Unpaid balance of $2,406.46
- Payment due on 06/01/17:   Unpaid balance of $2,406.46
- Payment due on 07/01/17:   Unpaid balance of $2,406.46
- Payment due on 08/01/17:   Unpaid balance of $2,406.46
- Payment due on 09/01/17:   Unpaid balance of $2,406.46
- Current payment due 10/01/17: $2,406.46
- **Total: $169,391.58 due. You must pay this amount to bring your loan current.**

**If you are experiencing financial difficulty:** See the back of page 1 of your statement for information about mortgage counseling or assistance.

**The first notice or filing required by applicable law for the foreclosure process has been made.**