**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **ROBERT CASCI and NATALIE CASCI,**<br>      **Plaintiffs,**<br><br>**v.**<br><br>**J.P. MORGAN ALTERNATIVE LOAN TRUST 2006-S4, MORTGAGE PASS-THROUGH CERTIFICATES, ALIAS PHH MORTGAGE CORPORATION, AND JOHN DOE, ALIAS**<br>      **Defendants.** | **C.A. NO.: 17-cv-00527-WES-PAS** |

**CORPORATE DISCLOSURE STATEMENT**
**(DEFENDANT, PHH MORTGAGE CORPORATION)**

Defendant, PHH Mortgage Corporation ("PHH"), by counsel and pursuant to Federal Rule of Civil Procedure 7.1, states PHH is a publicly-held corporation traded on the New York Stock Exchange. There is no parent corporation of PHH Corporation and no publicly-held corporation owns 10% or more of its stock. Respectfully submitted,

                                                            Respectfully submitted,
                                                            DEFENDANT,
                                                            **PHH MORTGAGE CORPORATION,**
                                                            By their Attorney,

                                                             */s/ Scott C. Owens*
                                                            Scott C. Owens, Esq. #8831
                                                            Harmon Law Offices, P.C.
                                                            150 California Street
                                                            Newton, MA 02458
                                                            Direct dial:  (617) 558-0738
                                                            Fax:  (617) 243-4038
Dated:  March 7, 2018                                       sowens@harmonlaw.com

## **CERTIFICATION**

  I, Scott C. Owens, hereby certify that on this 7th day of March, 2018, the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

                /s/ *Scott C. Owens*
                Scott C. Owens, Esq.